BRANDLY, Appellant, v. AMERICAN BUTTER CO., Respondent. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by Albert Brandly against the American Butter Company. B. N. Cardozo, for appellant. J. P. Everett, for respondent. No opinion. Order (60 Misc. Rep. 547, 112 N. Y. Supp. 1030) affirmed, without costs. Order filed. See, also, 114 N. Y. Supp. 896.

KLEIN, Respondent, v. RUNK, Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by Josephine Klein against Aurelia E. Runk, as administratrix. S. Sultan, for appellant. C. A. Flammer, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

KLEIN, Appellant, v. RUNK, Respondent. (Supreme Court, Appellate Division, First Department. February 11, 1909.) Action by Rudolph Klein against Aurelia E. Runk, as administratrix. C. A. Flammer, for appellant. S. Sultan, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 114 N. Y. Supp. 1062.

KLIGER, Respondent, v. ROSENFELD, Appellant, et al. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by Max Kliger against Samuel Rosenfeld, impleaded. L. Johnston, for appellant. L. H. Levin, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 114 N. Y. Supp. 1006.

END OF CASES IN VOL. 114.